# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALFAYS LEE LANDIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-3296

[April 27, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case Nos. 15-000626-CF-BXMX, 15-000828-CF-AXMX, 15-000830-CF-AXMX, and 15-000832-CF-AXMX.

Alfays Lee Landis, Madison, pro se.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***